UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL NO. 86-118-T |
| | ) |
| JOSEPH P. MURRAY, JR., et al. | ) |

## DISMISSAL OF INDICTMENT

Now comes the United States of America, by its attorney, William F. Weld, United States Attorney for the District of Massachusetts, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, dismisses the above-captioned indictment. As reason therefor the government states that a superseding indictment was returned on May 8, 1986 in the above-captioned case.

Respectfully submitted,

WILLIAM F. WELD
United States Attorney

LEAVE TO FILE GRANTED:

_____
JOSEPH L. TAURO
U.S. District Judge

DATED: _____